**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>SPLENDORIA, MEREDITH<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-37968 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   U.S. BANKRUPTCY COURT
          DUPAGE COUNTY COURTHOUSE
          505 N COUNTY FARM RD, ROOM 2000
          WHEATON, IL. 60187

    On:   AUGUST 24, 2007
    At :  10:00 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $         11,021.09

    b. Disbursements                         $              9.60

    c. Net Cash Available for Distribution   $         11,011.49

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, | 0.00 | | $44.64 |

| | | |
|---|---|---|
| LTD. (Trustee's Firm Legal Expenses) | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $4,180.00 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $1,852.11 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $870.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $25,854.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 15.72%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | CHASE BANK USA NA | $ 10,268.00 | $ 1,614.28 |
| 002 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 15,586.78 | $ 2,450.46 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: NONE

Dated:  JULY 30,2007         For the Court,

       By: KENNETH S. GARDNER
       Kenneth S. Gardner
       Clerk of the United States Bankruptcy Court
       219 S. Dearborn Street; 7th Floor
       Chicago, IL  60604

Trustee:  DAVID GROCHOCINSKI, TRUSTEE
Address:  1900 RAVINIA PLACE
ORLAND PARK, IL  60462
Phone No.:  (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

IN RE:                                        CHAPTER 7 CASE
SPLENDORIA, MEREDITH

                                                   CASE NO. 05B-37968 JS

                                                   JUDGE JOHN SQUIRES
                Debtor(s)

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Trustee's compensation | $ | 1,852.11 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 1,852.11 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 4,180.00 |
| | b. Expenses | $ | 44.64 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 870.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

**EXHIBIT G**

      d. Chapter 11 Expenses      $     0.00

3.    Other Professionals

                        TOTAL      $     5,094.64

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200__.

                      ENTERED _____
                                  JOHN SQUIRES
                                  UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT G**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1           Date Rcvd: Jul 30, 2007
Case: 05-37968                Form ID: pdf002          Total Served: 26

The following entities were served by first class mail on Aug 01, 2007.
 db           +Meredith Ann Splendoria,    4612 Seeley Ave.,    Downers Grove, IL 60515-2702
 aty          +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
 aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
 aty          +Michael J Davis,    Springer, Brown, Covey, Gaertner, &Davis,    400 S. County Farm Road,
                Suite 330,    Wheaton, IL 60187-4547
 tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
9836685       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
9836686       +Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
9836687       +Bank One-Ohio,    201 N Walnut St,    Wilmington, DE 19801-2920
9836688       +Cap One Bk,    Po Box 85520,    Richmond, VA 23285-5520
9836690       +Cavalry Portfolio Svcs,    4050 E Cotton Center Blv,    Phoenix, AZ 85040-8861
10920347      +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
                Seattle, WA 98121-2339
9836691       +Crdt Solutns,    2810 Camino Del Ri #200,    San Diego, CA 92108-3820
9836692        Credit Protect Assoc,    1355 Noel Rd Suite 2100,    Dallas, TX 75240
9836693       +Credit Solutions Corp,    9577 Chesapeake Dr,    San Diego, CA 92123-1304
9836694       +First Usa Bank Na,    1001 Jefferson Plaza,    Wilmington, DE 19801-1493
9836696       +Home Depot,    Po Box 103000,    Roswell, GA 30076-9000
9836697        Hsbc Nv,   Pob 98706,    Las Vegas, NV 89193
9836698       +Hsbc/Carsn,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
9836699       +Marshall Fields,    111 Boulder Industrial D,    Bridgeton, MO 63044-1241
9836700       +Nco/ Collection Agency,    Pob 41448,    Philadelphia, PA 19101-1448
9836701       +Palisades Collections,    210 Sylvan Ave,    Englewood, NJ 07632-2524
9836702       +Portfolio Recoveries,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
10948111      +Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk VA 23541-0914
9836703       +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
9836704       +Truelogic Financial Co,    Po Box 4437,    Englewood, CO 80155-4437
The following entities were served by electronic transmission on Jul 31, 2007.
9836695       +E-mail/PDF: bankruptcy@hraccounts.com Jul 31 2007 02:45:03      H&R Accounts,    P O Box 672,
                Moline, IL 61266-0672
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 acc           Alan Horewitch
9836689*      +Cap One Bk,    Po Box 85520,    Richmond, VA 23285-5520
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 01, 2007**                    **Signature:**   _Joseph Speetjens_